UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAVID HEATH SWANSON, <br><br> Movant, <br><br> vs. <br><br> UNITED STATES OF AMERICA. <br><br> Respondent. | 1:08-cv-1180-SEB-DKL <br> 1:01-cr-083-01-SEB-KPF |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion to vacate and the civil action docketed as 1:08-cv-1180-SEB-DML is **dismissed with prejudice.**

Date: 05/25/2011

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Distribution:
Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

William H. Theis
FEDERAL DEFENDER PROGRAM
william_theis@fd.org